692

**No. 41238.**—Protest 919390–G of Wood Niebuhr & Co. (New York).

Opinion by Tilson, J. The evidence established that the merchandise is in chief value of silk. It was therefore held dutiable at 55 percent under paragraph 1207 as claimed.

**No. 41239.**—Protest 945030–G of G. Hirsch Sons, Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of fabrics with fast edges in chief value of rayon, Jacquard figured. The claim at 45 cents per pound and 60 percent ad valorem plus 10 percent under paragraph 1308 was therefore sustained.

**No. 41240.**—Protest 287920–G of John Wanamaker (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of articles in chief value of cellulose filaments similar to those the subject of Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 41241.**—Protests 123206–G, etc., of Gimbel Bros. et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the commodities in question were held dutiable as follows: (1) merchandise in chief value of cellulose filaments similar to those the subject of Abstract 37230, and cloches composed in chief value of cellulose filaments similar to those passed upon in Amberg v. United States (T. D. 46204) at 60 percent under paragraph 31; (2) embroidered caps and napkins at 75 percent under paragraph 1430, Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396) followed; and (3) artificial flowers similar to those the subject of Robinson-Goodman v. United States (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419.

**No. 41242.**—Protests 287065–G, etc., of Henri Bendel, Inc., et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41243.**—Protests 950165–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 and Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) the metal banks and paper weights in question were held dutiable at 40 percent under paragraph 339 as claimed.